FOLGER, APPELLANT, *v.* STATE FARM MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Folger v. State Farm Mut. Ins. Co.* (1998), 83 Ohio St.3d 149.]

(No. 98–652—Submitted August 19, 1998—Decided September 23, 1998.)

*Altick & Corwin Co., L.P.A.,* and *Thomas M. Baggott,* for appellant.

*Freund, Freeze & Arnold, L.P.A.,* and *Gordon D. Arnold,* for appellee.

The discretionary appeal is allowed, the judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.